[No. 70146-1-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE LAMAR WATTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02297-2, Lori Kay Smith, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Trickey, JJ.

[No. 70203-3-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. BURNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01650-4, George N. Bowden, J., entered March 27, 2013. *Remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 70213-1-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FILMON NEGUSE REZENE ET AL., *Defendants*, SAHAL AHMED SAHAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01171-7, John P. Erlick, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Lau, JJ.

[No. 70243-2-I. Division One. July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LOVEJOY GRUNDY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00616-9, Ira Uhrig, J., entered April 15, 2013. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Trickey, JJ.